Aaron Teitelbaum (SBN 298135)
Andrew Chang (SBN 319009)
KRESSIN POWERS LLC
400 7th St. NW, Suite 300
Washington, DC 20004
Telephone: (202) 922-5962
Fax: (202) 998-9319
Email: aaron@kressinpowers.com
Email: andrew@kressinpowers.com

*Counsel for Plaintiff Aptoide, S.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aptoide, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 3:26-cv-03165-JD<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND SET BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Hon. James Donato |

Pursuant to Civil Local Rule 6-1, Plaintiff Aptoide, S.A. ("Plaintiff"), and Defendants Google LLC, Google Payment Corp., Google Ireland Ltd., Google Asia Pacific Pte. Ltd., and Google Commerce Ltd. ("Defendants") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in this action on April 14, 2026;

WHEREAS, pursuant to the Joint Stipulation filed on April 30, 2026, (Dkt. 22) and granted by this Court on May 6, 2026 (Dkt. 30), Defendants filed their Motion to Dismiss the Complaint on July 21, 2026 (Dkt. 33).

WHEREAS, Plaintiff amended its Complaint as of right on August 7, 2026;

WHEREAS, and for good cause, the Parties agree to extend the deadlines by which Defendants must answer or otherwise respond to Plaintiffs' Amended Complaint, by which Plaintiffs must oppose any Rule 12 motion, and by which Defendants must reply;

WHEREAS, notwithstanding Civil Local Rule 7-2(a), the Parties agree that any motion under Federal Rule of Civil Procedure 12 be noticed for a hearing on December 10, 2026, to be heard then or as soon thereafter as the motion may be heard by the Court;

WHEREAS, the Parties respectfully request that the initial Case Management Conference in this matter be scheduled at a later date, after the resolution of Defendants' Rule 12 motions(s) (if filed) or the filing of Defendants' answers (if no Rule 12 motions are filed);

NOW THEREFORE, THE PARTIES HEREBY STIPULATE:[1]

1. Should Defendants file a motion under Federal Rule of Civil Procedure 12, the briefing schedule for any such motion(s) is as follows:
   a. Defendants' deadline to file such motion(s) is September 21, 2026.

[1] In submitting this stipulation, Defendants do not waive any right, defense, affirmative defense, or objection, including any challenges to venue and/or the exercise of personal jurisdiction over any of the Defendants.

b. Plaintiff's deadline to file opposition(s) to Defendants' motion(s) is October 21, 2026.

c. Defendants' deadline to file reply(ies) in support of Defendants' motion(s) is November 20, 2026.

d. Defendants' deadline to file answers to the Complaint shall be 45 days after the resolution of all pending Rule 12 motion(s).

2. Should Defendants respond to Plaintiff's Complaint pursuant to Federal Rule Civil Procedure 12, notwithstanding Civil Local Rule 7-2(a), Defendants shall notice the hearing on any such motion(s) for December 10, 2026 to be heard then or as soon thereafter as the motion may be heard by the Court.

3. The initial Case Management Conference in this matter shall be scheduled at a later date, after the resolution of Defendants' Rule 12 motions(s) (if filed) or the filing of Defendants' answers (if no Rule 12 motions are filed).

**IT IS SO STIPULATED.**

DATED: August 13, 2026

By: _/s/ Aaron Teitelbaum_

Aaron Teitelbaum (SBN 298135)
Andrew Chang (SBN 319009)
KRESSIN POWERS LLC
400 7th St. NW, Suite 300
Washington, DC 20004
Telephone: (202) 922-5962
Fax: (202) 998-9319
Email: aaron@kressinpowers.com
Email: andrew@kressinpowers.com

*Counsel for Plaintiff Aptoide, S.A.*

DATED: August 13, 2026

By: /s/ Meredith Dearborn
Meredith Dearborn (SBN 268312)
Dunn Isaacson Rhee LLP
345 California St
San Francisco, CA 94104
Telephone: 202-240-2900
MDearborn@dirllp.com

Jeannie Rhee (*pro hac vice* forthcoming)
William Isaacson (*pro hac vice* forthcoming)
Martha Goodman (*pro hac vice* forthcoming)
Kyle Smith (*pro hac vice* forthcoming)
Dunn Isaacson Rhee LLP
401 9th St NW, Suite 800
Washington, DC 20004
Telephone: 202-240-2900
JRhee@dirllp.com
WIsaacson@dirllp.com
MGoodman@dirllp.com
KSmith@dirllp.com

*Counsel for Google LLC, Google Ireland Ltd., Google Asia Pacific Pte. Ltd., Google Commerce Ltd., and Google Payment Corp.*

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

DATED: August 13, 2026

By: */s/ Aaron Teitelbaum*
Aaron Teitelbaum (SBN 298135)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _______________, 2026

_______________________________
Hon. James Donato
United States District Judge